■ WILLIAM DALY, Appellant, v CITY OF NEW YORK, Respondent and Third-Party Plaintiff-Respondent, et al., Defendant. CONSOLIDATED EDISON COMPANY OF NEW YORK, Third-Party Defendant-Respondent. [679 NYS2d 128] —Judgment, Supreme Court, New York County (Robert Lippmann, J.), entered January 30, 1998, dismissing an action by a laborer to recover for personal injuries pursuant to Labor Law § 240 (1) and § 241 (6), upon the parties' respective motions for summary judgment, unanimously affirmed, without costs.

The ceiling of the underground steam vault in which plaintiff, a utility company employee, was working at ground level, lubricating a slip joint in order to stop a leak in a steam main, was a completed structure, and its collapse and plaintiff's resultant injury was not due to an elevation-related hazard within the meaning of Labor Law § 240 (1) (see, *Misseritti v Mark IV Constr. Co.*, 86 NY2d 487; *Fox v Jenny Eng'g Corp.*, 122 AD2d 532, *affd on other grounds* 70 NY2d 761; *Amato v State of New York*, 241 AD2d 400, *lv denied* 91 NY2d 805). In support of his Labor Law § 241 (6) claim, plaintiff cites Industrial Code (12 NYCRR) § 23-1.7 (a), but he fails to present any evidence that the work he was engaged in was

"normally exposed to falling material or objects" (12 NYCRR 23-1.7 [a] [1]), and the claim was therefore properly dismissed (*see*, *Amato v State of New York*, *supra*, at 401-402). Concur—Milonas, J. P., Ellerin, Wallach and Tom, JJ.